41 So.2d 200

### Ralph SPECK et al. v. STATE.
### 8 Div. 504.

Supreme Court of Alabama.
April 14, 1949.

Rehearing Denied June 30, 1949.

Wm. Stell, of Russellville, for petitioners.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Ralph Speck and Ethel Speck for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Speck et al. v. State, 41 So.2d 198.

Writ denied.

BROWN, SIMPSON and STAKELY, JJ., concur.